**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Sean N. Sinclair                        CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-13208 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
20 Nov 2023, 11:19:10, EST

         KML Law Group, P.C.
         701 Market Street, Suite 5000
         Philadelphia, PA 19106-1532
         (215) 627-1322