Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 09/04/2023 | 09/17/2023 | 09/08/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 108.66 | 0.00 | 38.17 | 0.00 | 70.49 |
| YTD | 0.00 | 82,125.42 | 7,770.02 | 16,558.68 | 2,961.56 | 54,835.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT09/04/2023-09/17/2023 | | 0 | 0 | 108.66 | 2,687.58 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | | | | | 45.96 |
| Regular Salary (WT5003) | | | | | 73,673.77 |
| Earnings | | | | 108.66 | 82,139.82 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 6.73 | 4,899.72 |
| Medicare | 1.57 | 1,145.90 |
| Federal Withholding | 23.91 | 7,750.90 |
| State Tax - PA | 3.34 | 2,281.71 |
| SUI-Employee Paid - PA | 0.08 | 55.29 |
| City Tax - BRSTL | 0.54 | 387.16 |
| PA LST - BRSTL | 2.00 | 38.00 |
| Employee Taxes | 38.17 | 16,558.68 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | | 4,658.00 |
| Dental | | 126.90 |
| Medical | | 2,916.00 |
| Vision | | 69.12 |
| Pre Tax Deduction | 0.00 | 7,770.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | | 2,412.36 |
| Spouse Life | | 276.30 |
| Supplemental Life | | 272.90 |
| Post Tax Deductions | 0.00 | 2,961.56 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 3,076.40 |
| Nonelective Employer Contribution | | 3,845.51 |
| Employer Contributions Toward Retirement | 0.00 | 6,921.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 108.66 | 79,027.80 |
| Medicare - Taxable Wages | 108.66 | 79,027.80 |
| Federal Withholding - Taxable Wages | 108.66 | 74,355.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 70.49 | USD |

Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 08/07/2023 | 08/20/2023 | 08/25/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,348.79 | 433.66 | 824.49 | 164.68 | 2,925.96 |
| YTD | 0.00 | 77,667.97 | 7,292.89 | 15,702.78 | 2,796.88 | 51,875.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | | | | | 2,578.92 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 08/07/2023-08/20/2023 | 0 | 0 | 2.63 | 43.33 |
| Regular Salary (WT5003) | 08/07/2023-08/20/2023 | 0 | 0 | 4,346.16 | 69,327.61 |
| Vacation - Regular | 08/07/2023-08/20/2023 | 24 | 0 | 0.00 | 0.00 |
| Earnings | | | | 4,348.79 | 77,682.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 258.90 | 4,634.08 |
| Medicare | 60.55 | 1,083.78 |
| Federal Withholding | 359.58 | 7,372.63 |
| State Tax - PA | 120.11 | 2,159.59 |
| SUI-Employee Paid - PA | 2.92 | 52.29 |
| City Tax - BRSTL | 20.43 | 366.41 |
| PA LST - BRSTL | 2.00 | 34.00 |
| Employee Taxes | 824.49 | 15,702.78 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 260.77 | 4,353.76 |
| Dental | 7.05 | 119.85 |
| Medical | 162.00 | 2,754.00 |
| Vision | 3.84 | 65.28 |
| Pre Tax Deduction | 433.66 | 7,292.89 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,278.34 |
| Spouse Life | 15.35 | 260.95 |
| Supplemental Life | 15.31 | 257.59 |
| Post Tax Deductions | 164.68 | 2,796.88 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 173.85 | 2,902.55 |
| Nonelective Employer Contribution | 217.31 | 3,628.20 |
| Employer Contributions Toward Retirement | 391.16 | 6,530.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,175.90 | 74,743.24 |
| Medicare - Taxable Wages | 4,175.90 | 74,743.24 |
| Federal Withholding - Taxable Wages | 3,915.13 | 70,375.08 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 24 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,334.96 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |

Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 08/21/2023 | 09/03/2023 | 09/08/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,348.79 | 477.13 | 817.73 | 164.68 | 2,889.25 |
| YTD | 0.00 | 82,016.76 | 7,770.02 | 16,520.51 | 2,961.56 | 54,764.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | | | | | 2,578.92 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 08/21/2023-09/03/2023 | 0 | 0 | 2.63 | 45.96 |
| Regular Salary (WT5003) | 08/21/2023-09/03/2023 | 0 | 0 | 4,346.16 | 73,673.77 |
| Earnings | | | | 4,348.79 | 82,031.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 258.91 | 4,892.99 |
| Medicare | 60.55 | 1,144.33 |
| Federal Withholding | 354.36 | 7,726.99 |
| State Tax - PA | 118.78 | 2,278.37 |
| SUI-Employee Paid - PA | 2.92 | 55.21 |
| City Tax - BRSTL | 20.21 | 386.62 |
| PA LST - BRSTL | 2.00 | 36.00 |
| Employee Taxes | 817.73 | 16,520.51 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 304.24 | 4,658.00 |
| Dental | 7.05 | 126.90 |
| Medical | 162.00 | 2,916.00 |
| Vision | 3.84 | 69.12 |
| Pre Tax Deduction | 477.13 | 7,770.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,412.36 |
| Spouse Life | 15.35 | 276.30 |
| Supplemental Life | 15.31 | 272.90 |
| Post Tax Deductions | 164.68 | 2,961.56 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 173.85 | 3,076.40 |
| Nonelective Employer Contribution | 217.31 | 3,845.51 |
| Employer Contributions Toward Retirement | 391.16 | 6,921.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,175.90 | 78,919.14 |
| Medicare - Taxable Wages | 4,175.90 | 78,919.14 |
| Federal Withholding - Taxable Wages | 3,871.66 | 74,246.74 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,298.25 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |

Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 07/24/2023 | 08/06/2023 | 08/11/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 5,163.74 | 482.56 | 1,080.57 | 164.68 | 3,435.93 |
| YTD | 0.00 | 73,319.18 | 6,859.23 | 14,878.29 | 2,632.20 | 48,949.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | 07/24/2023-08/06/2023 | 0 | 0 | 814.95 | 2,578.92 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 07/24/2023-08/06/2023 | 0 | 0 | 2.63 | 40.70 |
| Regular Salary (WT5003) | 07/24/2023-08/06/2023 | 0 | 0 | 4,346.16 | 64,981.45 |
| Earnings | | | | 5,163.74 | 73,333.58 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 309.44 | 4,375.18 |
| Medicare | 72.37 | 1,023.23 |
| Federal Withholding | 525.38 | 7,013.05 |
| State Tax - PA | 143.63 | 2,039.48 |
| SUI-Employee Paid - PA | 3.49 | 49.37 |
| City Tax - BRSTL | 24.26 | 345.98 |
| PA LST - BRSTL | 2.00 | 32.00 |
| Employee Taxes | 1,080.57 | 14,878.29 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 309.67 | 4,092.99 |
| Dental | 7.05 | 112.80 |
| Medical | 162.00 | 2,592.00 |
| Vision | 3.84 | 61.44 |
| Pre Tax Deduction | 482.56 | 6,859.23 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,144.32 |
| Spouse Life | 15.35 | 245.60 |
| Supplemental Life | 15.31 | 242.28 |
| Post Tax Deductions | 164.68 | 2,632.20 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 206.45 | 2,728.70 |
| Nonelective Employer Contribution | 258.06 | 3,410.89 |
| Employer Contributions Toward Retirement | 464.51 | 6,139.59 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,990.85 | 70,567.34 |
| Medicare - Taxable Wages | 4,990.85 | 70,567.34 |
| Federal Withholding - Taxable Wages | 4,681.18 | 66,459.95 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 40 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,844.93 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |