UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Sean N. Sinclair | : | |
| Claire S. Sinclair | : | |
| | : | |
| Debtor | : | Bankruptcy No. 23-13208 AMC |

**PRAECIPE TO WITHDRAW DOCUMENT(S)**

**TO THE CLEARK:**

Kindly withdraw the documents filed on June 16,2023, at Dock Entry No(s) 19.

Dated: December 18, 2023

Respectfully submitted,

/s/ Kenneth E. West

Kenneth E. West , Esquire
Chapter 13 Standing Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
Telephone: (215)627-1377
kwest@ph13trustee.com