Altuglas LLC    440 East Swedesford Road, Suite 301    Wayne, PA 19087    +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 10/16/2023 | 10/29/2023 | 11/03/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,620.44 | 496.14 | 902.28 | 164.68 | 3,057.34 |
| YTD | 0.00 | 101,041.82 | 9,785.02 | 20,301.51 | 3,620.28 | 67,335.01 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | 10/16/2023-10/29/2023 | 0 | 0 | 271.65 | 4,208.82 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 10/16/2023-10/29/2023 | 0 | 0 | 2.63 | 56.48 |
| Regular Salary (WT5003) | 10/16/2023-10/29/2023 | 0 | 0 | 4,346.16 | 91,058.41 |
| Earnings | | | | 4,620.44 | 101,056.22 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 275.74 | 6,029.66 |
| Medicare | 64.49 | 1,410.16 |
| Federal Withholding | 408.93 | 9,474.31 |
| State Tax - PA | 126.54 | 2,800.27 |
| SUI-Employee Paid - PA | 3.11 | 68.04 |
| City Tax - BRSTL | 21.47 | 475.07 |
| PA LST - BRSTL | 2.00 | 44.00 |
| Employee Taxes | 902.28 | 20,301.51 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 323.25 | 5,981.44 |
| Dental | 7.05 | 155.10 |
| Medical | 162.00 | 3,564.00 |
| Vision | 3.84 | 84.48 |
| Pre Tax Deduction | 496.14 | 9,785.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,948.44 |
| Spouse Life | 15.35 | 337.70 |
| Supplemental Life | 15.31 | 334.14 |
| Post Tax Deductions | 164.68 | 3,620.28 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 184.72 | 3,832.65 |
| Nonelective Employer Contribution | 230.90 | 4,790.83 |
| Employer Contributions Toward Retirement | 415.62 | 8,623.48 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,447.55 | 97,252.64 |
| Medicare - Taxable Wages | 4,447.55 | 97,252.64 |
| Federal Withholding - Taxable Wages | 4,124.30 | 91,256.80 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,466.34 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |

Altuglas LLC    440 East Swedesford Road, Suite 301    Wayne, PA 19087    +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 10/02/2023 | 10/15/2023 | 10/20/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,348.79 | 477.13 | 817.74 | 164.68 | 2,889.24 |
| YTD | 0.00 | 96,421.38 | 9,288.88 | 19,399.23 | 3,455.60 | 64,277.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | | | | | 3,937.17 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 10/02/2023-10/15/2023 | 0 | 0 | 2.63 | 53.85 |
| Regular Salary (WT5003) | 10/02/2023-10/15/2023 | 0 | 0 | 4,346.16 | 86,712.25 |
| Earnings | | | | 4,348.79 | 96,435.78 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 258.91 | 5,753.92 |
| Medicare | 60.55 | 1,345.67 |
| Federal Withholding | 354.36 | 9,065.38 |
| State Tax - PA | 118.78 | 2,673.73 |
| SUI-Employee Paid - PA | 2.93 | 64.93 |
| City Tax - BRSTL | 20.21 | 453.60 |
| PA LST - BRSTL | 2.00 | 42.00 |
| Employee Taxes | 817.74 | 19,399.23 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 304.24 | 5,658.19 |
| Dental | 7.05 | 148.05 |
| Medical | 162.00 | 3,402.00 |
| Vision | 3.84 | 80.64 |
| Pre Tax Deduction | 477.13 | 9,288.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,814.42 |
| Spouse Life | 15.35 | 322.35 |
| Supplemental Life | 15.31 | 318.83 |
| Post Tax Deductions | 164.68 | 3,455.60 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 173.85 | 3,647.93 |
| Nonelective Employer Contribution | 217.31 | 4,559.93 |
| Employer Contributions Toward Retirement | 391.16 | 8,207.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,175.90 | 92,805.09 |
| Medicare - Taxable Wages | 4,175.90 | 92,805.09 |
| Federal Withholding - Taxable Wages | 3,871.66 | 87,132.50 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,298.24 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |

Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | | 683114 | 09/04/2023 | 09/17/2023 | 09/08/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 108.66 | 0.00 | 38.17 | 0.00 | 70.49 |
| YTD | 0.00 | 82,125.42 | 7,770.02 | 16,558.68 | 2,961.56 | 54,835.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | 09/04/2023-09/17/2023 | 0 | 0 | 108.66 | 2,687.58 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | | | | | 45.96 |
| Regular Salary (WT5003) | | | | | 73,673.77 |
| Earnings | | | | 108.66 | 82,139.82 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 6.73 | 4,899.72 |
| Medicare | 1.57 | 1,145.90 |
| Federal Withholding | 23.91 | 7,750.90 |
| State Tax - PA | 3.34 | 2,281.71 |
| SUI-Employee Paid - PA | 0.08 | 55.29 |
| City Tax - BRSTL | 0.54 | 387.16 |
| PA LST - BRSTL | 2.00 | 38.00 |
| Employee Taxes | 38.17 | 16,558.68 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | | 4,658.00 |
| Dental | | 126.90 |
| Medical | | 2,916.00 |
| Vision | | 69.12 |
| Pre Tax Deduction | 0.00 | 7,770.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | | 2,412.36 |
| Spouse Life | | 276.30 |
| Supplemental Life | | 272.90 |
| Post Tax Deductions | 0.00 | 2,961.56 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | | 3,076.40 |
| Nonelective Employer Contribution | | 3,845.51 |
| Employer Contributions Toward Retirement | 0.00 | 6,921.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 108.66 | 79,027.80 |
| Medicare - Taxable Wages | 108.66 | 79,027.80 |
| Federal Withholding - Taxable Wages | 108.66 | 74,355.40 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 70.49 | USD |

Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 08/21/2023 | 09/03/2023 | 09/08/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,348.79 | 477.13 | 817.73 | 164.68 | 2,889.25 |
| YTD | 0.00 | 82,016.76 | 7,770.02 | 16,520.51 | 2,961.56 | 54,764.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | | | | | 2,578.92 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 08/21/2023-09/03/2023 | 0 | 0 | 2.63 | 45.96 |
| Regular Salary (WT5003) | 08/21/2023-09/03/2023 | 0 | 0 | 4,346.16 | 73,673.77 |

| Earnings | | | | 4,348.79 | 82,031.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 258.91 | 4,892.99 |
| Medicare | 60.55 | 1,144.33 |
| Federal Withholding | 354.36 | 7,726.99 |
| State Tax - PA | 118.78 | 2,278.37 |
| SUI Employee Paid - PA | 2.92 | 55.21 |
| City Tax - BRSTL | 20.21 | 386.82 |
| PA LST - BRSTL | 2.00 | 36.00 |

| Employee Taxes | 817.73 | 16,520.51 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 304.24 | 4,658.00 |
| Dental | 7.05 | 126.90 |
| Medical | 162.00 | 2,916.00 |
| Vision | 3.84 | 69.12 |

| Pre Tax Deduction | 477.13 | 7,770.02 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,412.36 |
| Spouse Life | 15.35 | 276.30 |
| Supplemental Life | 15.31 | 272.90 |

| Post Tax Deductions | 164.68 | 2,961.56 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 173.85 | 3,076.40 |
| Nonelective Employer Contribution | 217.31 | 3,845.51 |

| Employer Contributions Toward Retirement | 391.16 | 6,921.91 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,175.90 | 78,919.14 |
| Medicare - Taxable Wages | 4,175.90 | 78,919.14 |
| Federal Withholding - Taxable Wages | 3,871.66 | 74,246.74 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,298.25 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |

Altuglas LLC  440 East Swedesford Road, Suite 301  Wayne, PA 19087  +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 08/07/2023 | 08/20/2023 | 08/25/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 4,348.79 | 433.66 | 824.49 | 164.68 | 2,925.96 |
| YTD | 0.00 | 77,667.97 | 7,292.89 | 15,702.78 | 2,796.88 | 51,875.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | | | | | 2,578.92 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 08/07/2023-08/20/2023 | 0 | 0 | 2.63 | 43.33 |
| Regular Salary (WT5003) | 08/07/2023-08/20/2023 | 0 | 0 | 4,346.16 | 69,327.61 |
| Vacation - Regular | 08/07/2023-08/20/2023 | 24 | 0 | 0.00 | 0.00 |
| Earnings | | | | 4,348.79 | 77,682.37 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 258.90 | 4,634.08 |
| Medicare | 60.55 | 1,083.78 |
| Federal Withholding | 359.58 | 7,372.63 |
| State Tax - PA | 120.11 | 2,159.59 |
| SUI-Employee Paid - PA | 2.92 | 52.29 |
| City Tax - BRSTL | 20.43 | 366.41 |
| PA LST - BRSTL | 2.00 | 34.00 |
| Employee Taxes | 824.49 | 15,702.78 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 260.77 | 4,353.76 |
| Dental | 7.05 | 119.85 |
| Medical | 162.00 | 2,754.00 |
| Vision | 3.84 | 65.28 |
| Pre Tax Deduction | 433.66 | 7,292.89 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,276.34 |
| Spouse Life | 15.35 | 260.95 |
| Supplemental Life | 15.31 | 257.59 |
| Post Tax Deductions | 164.68 | 2,796.88 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 173.85 | 2,902.55 |
| Nonelective Employer Contribution | 217.31 | 3,628.20 |
| Employer Contributions Toward Retirement | 391.16 | 6,530.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,175.90 | 74,743.24 |
| Medicare - Taxable Wages | 4,175.90 | 74,743.24 |
| Federal Withholding - Taxable Wages | 3,915.13 | 70,375.08 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 24 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,334.96 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |