Altuglas LLC   440 East Swedesford Road, Suite 301   Wayne, PA 19087   +1 (610) 2403200

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Sean Sinclair | Altuglas LLC | 683114 | 09/18/2023 | 10/01/2023 | 10/06/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deduction | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 5,218.07 | 537.98 | 1,088.66 | 164.68 | 3,426.75 |
| YTD | 0.00 | 92,072.59 | 8,811.75 | 18,581.49 | 3,290.92 | 61,388.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Additional Pay Exempt (WT | 09/18/2023-10/01/2023 | 0 | 0 | 869.28 | 3,937.17 |
| Annual Bonus | | | | | 5,077.00 |
| Arrow-1 | | | | | 218.48 |
| Arrow-2 | | | | | 437.03 |
| Imputed Income - GTL | 09/18/2023-10/01/2023 | 0 | 0 | 2.63 | 51.22 |
| Regular Salary (WT5003) | 09/18/2023-10/01/2023 | 0 | 0 | 4,346.16 | 82,366.09 |
| Earnings | | | | 5,218.07 | 92,086.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 312.80 | 5,495.01 |
| Medicare | 73.15 | 1,285.12 |
| Federal Withholding | 529.33 | 8,711.02 |
| State Tax - PA | 143.60 | 2,554.95 |
| SUI-Employee Paid - PA | 3.53 | 62.00 |
| City Tax - BRSTL | 24.25 | 433.39 |
| PA LST - BRSTL | 2.00 | 40.00 |
| Employee Taxes | 1,088.66 | 18,581.49 |

### Pre Tax Deduction

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 365.09 | 5,353.95 |
| Dental | 7.05 | 141.00 |
| Medical | 162.00 | 3,240.00 |
| Vision | 3.84 | 76.80 |
| Pre Tax Deduction | 537.98 | 8,811.75 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Loan 1 Repayment | 134.02 | 2,680.40 |
| Spouse Life | 15.35 | 307.00 |
| Supplemental Life | 15.31 | 303.52 |
| Post Tax Deductions | 164.68 | 3,290.92 |

### Employer Contributions Toward Retirement

| Description | Amount | YTD |
|---|---|---|
| 401(k) Match | 208.62 | 3,474.08 |
| Nonelective Employer Contribution | 260.78 | 4,342.62 |
| Employer Contributions Toward Retirement | 469.40 | 7,816.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 5,045.18 | 88,629.19 |
| Medicare - Taxable Wages | 5,045.18 | 88,629.19 |
| Federal Withholding - Taxable Wages | 4,680.09 | 83,260.84 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 2 | 0 |
| Additional Withholding | 15 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday - US | 0 | 0 | 0 |
| Vacation - US | 0 | 0 | 16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Payment Amount | |
|---|---|---|---|---|---|
| CITIZENS BANK | CITIZENS BANK ******6792 | ******6792 | | 2,835.75 | USD |
| CITIZENS BANK | CITIZENS BANK ******3697 | ******3697 | | 80.00 | USD |
| ROHM & HAAS - BRISTOL FCU | ROHM & HAAS - BRISTOL FCU ******4012 | ******4012 | | 511.00 | USD |