**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Sean N. Sinclair**<br>      **Clair S. Sinclair**<br>                    **Debtors**<br><br>**MIDFIRST BANK**<br>                    **Movant**<br><br>            **vs.**<br><br>**Sean N. Sinclair**<br>**Clair S. Sinclair**<br>**Kenneth E. West, Trustee**<br>                    **Respondents** | **CHAPTER 13**<br><br><br>**NO.** 23-13208 AMC |

## **ORDER**

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by MIDFIRST BANK, it is **Ordered** and **Decreed** that confirmation is **denied**.

                                                                                          _____
                                                                                          Bankruptcy Judge