# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Sean N. Sinclair**<br>         **Clair S. Sinclair**<br>                    **Debtors**<br><br>**MIDFIRST BANK**<br>                    **Movant**<br>         **vs.**<br><br>**Sean N. Sinclair**<br>**Clair S. Sinclair**<br>**Kenneth E. West, Trustee**<br>                    **Respondents** | CHAPTER 13<br>BK. NO. 23-13208 AMC |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **January 24, 2024**.

**Chapter 13 Trustee**
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

**Debtor**
Sean N. Sinclair
3307 Sheldon Avenue
Bristol, PA 19007
VIA U.S. MAIL

**Attorney for Debtors**
Paul H. Young, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020
VIA ECF

**Joint Debtor**
Clair S. Sinclair
3307 Sheldon Avenue
Bristol, PA 19007
VIA U.S. MAIL

Date: January 24, 2024

                                            By: **/s/Denise Carlon**
                                                   Denise Carlon, Esquire
                                                   KML Law Group, P.C.
                                                   The Lits Building
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA 19106
                                                   215-627-1322
                                                   Attorney for Movant/Applicant