UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SEAN  N. SINCLAIR<br>    CLAIRE  S. SINCLAIR<br><br>               Debtors | Chapter 13<br>Bankruptcy No.23-13208-AMC |

## CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 7th day of March, 2024, by first class mail upon those listed below:

SEAN  N. SINCLAIR
CLAIRE  S. SINCLAIR
3307 SHELDON AVENUE
BRISTOL, PA  19007

**Electronically via CM/ECF System Only:**

PAUL H YOUNG, ESQ

Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107

                                              */s/ Kenneth E. West, Esq.*
                                              Kenneth E. West, Esq.
                                              Standing Chapter 13 Trustee