# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Sean N. Sinclair<br>         Clair S. Sinclair aka Claire S. Zahirny<br>                    Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK, its successors and/or assigns<br>                    Movant<br>          vs.<br>Sean N. Sinclair<br>Clair S. Sinclair aka Claire S. Zahirny<br>                    Debtor(s)<br>Kenneth E. West<br>                    Trustee | NO. 23-13208 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about January 24, 2024.

Dated: December 16, 2024

                                      Respectfully submitted,

                                      /s/Denise Carlon
                                      Denise Carlon, Esq.
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA  19106
                                      Phone: (215)-627-1322
                                      dcarlon@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Sean N. Sinclair Clair S. Sinclair aka Claire S. Zahirny<br><br>**Debtor(s)**<br><br>**MIDFIRST BANK**<br>**Movant**<br>**vs.**<br><br>Sean N. Sinclair Clair S. Sinclair aka Claire S. Zahirny<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br>**Trustee** | **BK NO. 23-13208 AMC**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

I, Denise Carlon, certify that on 12/16/2024, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 12/16/2024

/s/ Denise Carlon
Denise Carlon, Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Sean N. Sinclair<br>3307 Sheldon Avenue<br>Bristol, PA 19007<br><br>Clair S. Sinclair aka Claire S. Zahirny<br>3307 Sheldon Avenue<br>Bristol, PA 19007 | Debtors | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Paul H. Young, Esq.<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | Attorney for Debtors | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☒ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Trustee | ☐ Hand-delivered<br>☒ First Class Mail<br>☐ Certified mail<br>☐ E-mail<br>☐ CM/ECF<br>☐ Other<br>_____<br>(as authorized by the court *) |