United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13208-amc |
| Sean N. Sinclair | Chapter 13 |
| Claire S. Sinclair | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 18, 2024 | Form ID: 155 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean N. Sinclair, Claire S. Sinclair, 3307 Sheldon Avenue, Bristol, PA 19007-6725 |
| 14825317 | + | Belden Jewelers/Sterling Jewelers, Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14825325 | + | Dow Federal Credit Union, 310 George Patterson Blvd, #100d, Bristol, PA 19007-3633 |
| 14825327 | + | MDS/Medical Data Systems, 2150 15th Ave, Vero Beach, FL 32960-3436 |
| 14825333 | + | Stevens Business Servi, 92 Bolt St # 1, Lowell, MA 01852-5316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14843118 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 00:31:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14825316 | + | Email/Text: bankruptcy@signetjewelers.com | Dec 19 2024 00:20:00 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14825320 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 19 2024 00:20:00 | CENLAR/Central Loan Admin & Reporting, 425 Phillips Bv, Ewing, NJ 08618 |
| 14825319 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 00:30:59 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14825318 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2024 00:45:39 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 00:30:51 | Citicards Cbna, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14825321 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 19 2024 00:45:40 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14825324 | + | Email/Text: BKPT@cfna.com | Dec 19 2024 00:20:00 | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14825323 | + | Email/Text: BKPT@cfna.com | Dec 19 2024 00:20:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14828824 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2024 00:32:01 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14842378 | + | Email/Text: Documentfiling@lciinc.com | Dec 19 2024 00:20:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14825326 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 19 2024 00:20:00 | MDS/Medical Data Systems, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14832434 | ^ | MEBN | Dec 19 2024 00:10:15 | MIDFIRST BANK, C/O KML Law Group, 701 |

Case 23-13208-amc   Doc 57   Filed 12/20/24   Entered 12/21/24 00:36:39   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2024 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14825328 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 19 2024 00:31:53 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14836998 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2024 00:20:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14825329 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2024 00:20:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14825330 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2024 00:20:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14843707 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 00:20:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14843724 | | Email/Text: bnc-quantum@quantum3group.com | Dec 19 2024 00:20:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14825332 | + | Email/Text: bankruptcy@sw-credit.com | Dec 19 2024 00:20:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14825331 | + | Email/Text: bankruptcy@sw-credit.com | Dec 19 2024 00:20:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 14825672 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 19 2024 00:46:01 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843702 | *+ | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:**

**Name**                **Email Address**

DENISE ELIZABETH CARLON
                        on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 18, 2024 | Form ID: 155 | Total Noticed: 27 |

        ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
        on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

PAUL H. YOUNG
        on behalf of Debtor Sean N. Sinclair support@ymalaw.com
        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
        ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

PAUL H. YOUNG
        on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com
        ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
        ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Sean N. Sinclair ) | Case No. 23−13208−amc |
| ) | |
| ) | |
|   Claire S. Sinclair ) | Chapter: 13 |
|   aka Claire S. Zahirny ) | |
|    Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: December 17, 2024

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court