**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re | **SEAN N. SINCLAIR** | : | **CHAPTER 13** |
| | **CLAIRE S. SINCLAIR** | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 23-13208** |

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtor(s), Sean N. Sinclair and Claire S. Sinclair, by their attorney, Paul H. Young, Esquire, hereby objects to the Certification of Default filed by **MidFirst Bank** on September 9, 2025. Debtors believe they can become current on all post-petition payments due under the April 17, 2024 stipulation with the Lender.

Respectfully submitted,

/s/ Paul H. Young
PAUL H. YOUNG, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020
P: 215-639-5297
F: 215-639-1344
support@ymalaw.com

Dated: September 17, 2025