*Form 167* (1/25)–doc 60 – 59

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Sean N. Sinclair ) | Case No. 23–13208–amc |
| ) | |
| ) | |
|    Claire S. Sinclair ) | Chapter: 13 |
|    aka Claire S. Zahirny ) | |
|     Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 10/7/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: September 17, 2025                                                 For The Court

                                                                                                                                                                                            Mohung Wong
                                                                                                                                                                                        Clerk of Court