United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Sean N. Sinclair

Claire S. Sinclair

    Debtors

Case No. 23-13208-amc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sean N. Sinclair, Claire S. Sinclair, 3307 Sheldon Avenue, Bristol, PA 19007-6725 |
| 14825317 | + | Belden Jewelers/Sterling Jewelers, Inc, 375 Ghent Rd, Akron, OH 44333-4601 |
| 14825325 | + | Dow Federal Credit Union, 310 George Patterson Blvd, #100d, Bristol, PA 19007-3633 |
| 14825327 | + | MDS/Medical Data Systems, 2150 15th Ave, Vero Beach, FL 32960-3436 |
| 14825333 | + | Stevens Business Servi, 92 Bolt St # 1, Lowell, MA 01852-5316 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 12 2026 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 12 2026 00:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14843118 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:46:15 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14825316 | + Email/Text: bankruptcy@signetjewelers.com | Feb 12 2026 00:30:00 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14825320 | Email/Text: BKelectronicnotices@cenlar.com | Feb 12 2026 00:30:00 | CENLAR/Central Loan Admin & Reporting, 425 Phillips Bv, Ewing, NJ 08618 |
| 14825319 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:46:03 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14825318 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14825322 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:07 | Citicards Cbna, Pob 6241, Sioux Falls, SD 57117-6241 |
| 14825321 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2026 00:46:07 | Citicards Cbna, Citicorp Credit Svc/Centralized Bankrupt, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14825324 | + Email/Text: BKPT@cfna.com | Feb 12 2026 00:30:00 | Credit First National Assoc, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14825323 | + Email/Text: BKPT@cfna.com | Feb 12 2026 00:30:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 14828824 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 00:45:57 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| | | | | |
|---|---|---|---|---|
| 14842378 | + | Email/Text: Documentfiling@lciinc.com | Feb 12 2026 00:30:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14825326 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 12 2026 00:30:00 | MDS/Medical Data Systems, 2001 9th Ave, Ste 312, Vero Beach, FL 32960-6413 |
| 14832434 | ^ | MEBN | Feb 12 2026 00:29:48 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14825328 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 12 2026 00:46:13 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14836998 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14825329 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14825330 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2026 00:31:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14843707 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2026 00:30:00 | Quantum3 Group LLC as agent for, BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, PO Box 788, Kirkland, WA 98083-0788 |
| 14843724 | | Email/Text: bnc-quantum@quantum3group.com | Feb 12 2026 00:30:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14825332 | + | Email/Text: bankruptcy@sw-credit.com | Feb 12 2026 00:31:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14825331 | + | Email/Text: bankruptcy@sw-credit.com | Feb 12 2026 00:31:00 | Southwest Credit Systems, 4120 International Parkway Ste 1100, Carrollton, TX 75007-1958 |
| 14825672 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 12 2026 00:46:04 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14843702 | *+ | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Feb 11, 2026                       Form ID: pdf900                                Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor Sean N. Sinclair support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Claire S. Sinclair support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13

    SEAN  N. SINCLAIR
    CLAIRE  S. SINCLAIR | Bankruptcy No. 23-13208-AMC

          Debtors |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 10, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge